# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:11-cv-02619-RBJ

**MINDY BURTON,**

       **Plaintiff,**
  v.

**POWELL LAW OFFICE, P.C.**

       **Defendant.**

---

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

---

     Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action without prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

                               RESPECTFULLY SUBMITTED,

                               Macey Bankruptcy Law, P.C.

                               By:    s/ Nicholas J. Prola
                                   Nicholas J. Prola
                                   233 S. Wacker Drive, Suite 5150
                                   Chicago, IL 60606
                                   Telephone: (866) 339-1156
                                   FAX: (312) 822-1064
                                   Email:nprola@maceybankruptcylaw.com
                                   Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2012, a copy of the foregoing Notice was filed electronically.  Notice of this filing was sent by placing a copy of the same in the U.S. Mail on March 26, 2012, addressed as follows:

Powell Law Office, P.C.
11551 E. Arapahoe Rd., Suite 160
Centennial, CO 80112

                                                  *s/ Nicholas J. Prola*